| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arbuckle, William I. | U.S. District Court, Middle District of PA | 05/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

240 West Third Street
Suite 320
Williamsport, PA 17701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder in a professional corporation (1/2 year, resigned as FT MJ) | The Mazza Law Group, P.C. |
| 2. | Director of a non profit corporation | Lawyers Concerned for Lawyers of Pennsylvania, Inc. |
| 3. | Director of a non profit corporation | M. Patricia Carroll Fund |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arbuckle, William I. | 05/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | The Mazza Law Group, P.C. law practice income | $45,000.00 |
| 2. 2017 | The Minor Judiciary Education Board, teaching income | $12,600.00 |
| 3. 2017 | Penn State University Dickinson School of Law, teaching income | $7,500.00 |
| 4. 2017 | Pa State Employee Retirment System | $3,800.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arbuckle, William I. | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arbuckle, William I. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Jane L. BArr Family Trust | D | Dividend | K | T | | | | | |
| 2. IRA #1 (WIA) | | | | | | | | | |
| 3. - Vanguard Asset Allocation Fund (VAAPX) | A | Int./Div. | | | Sold | 06/15/17 | K | | |
| 4. IRA #2 (WIA) | | | | | | | | | |
| 5. - American Funds - CB&T Cust SImple IRA | A | Int./Div. | N | T | | | | | |
| 6. - AMCAP FUnd B | A | Int./Div. | K | T | | | | | |
| 7. - AMCAP Fund C | A | Int./Div. | J | T | | | | | |
| 8. - American High INcome Trust B | A | Int./Div. | K | T | | | | | |
| 9. _ American High Income Trust C | A | Int./Div. | K | T | | | | | |
| 10. - Capital World Growth & Income Fund B | A | Int./Div. | J | T | | | | | |
| 11. - Capital World Grown & Income Fund C | A | Int./Div. | J | T | | | | | |
| 12. IRA #4 (PWA) | | | | | | | | | |
| 13. - American Funds - CB&T Cust Simple IRA | A | Int./Div. | J | T | | | | | |
| 14. - AMCAP Fund B | A | Int./Div. | J | T | | | | | |
| 15. - American High Income Fund B | A | Int./Div. | J | T | | | | | |
| 16. - Capital World Growth & Income Fund B | A | Int./Div. | J | T | | | | | |
| 17. Annuity - Thriven Financial Security Plus Flexible Annuity (PWA) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arbuckle, William I. | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Addendum:

The [redacted] Family Trust was created by my cousin during her lifetime. At her death in 2004 significatn lump sum paymens were made to various charitable and family member beneficiaries. The Trust is managed by PNC Wealth Management (A member of the PNC Financial Services Group). I have no knowledge of the holdings of the trust or the amount in the trust. I recieve quarterly income payments equal to 6.5% of the trus's annual income from the trust principal. On my death my interest reverts to the remaining beneficiaries. I have no power of appointment and no involvent with the trust investments or its managment.

For IRA#2 (line 4) additional shares were purchased thru a matching apyroll decution and by indiviual payroll deductions at the Mazza Law Group, P.C. All purchases wer proportional and did not change the value codes.

For IRA#3 (line 6) no additional shares were purchased in the past year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William I. Arbuckle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544